

685 3rd Avenue, 18th Floor
New York, New York 10017
tel 212-999-7100 fax 212-999-7139

Direct Dial:   (332) 999-1251
Email:         marbitrio@wsbblaw.com

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 2/7/2019

February 5, 2019

**VIA ECF AND ELECTRONIC MAIL**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007-1312

    Re:    *Jose Molina and Alejandro Vasquez et al., v. Glaze 4th Ave LLC, Glaze 56th LLC, Glaze Teriyaki LLC, Paul Krug, Dennis Lake, and John Does #1-10, (18-cv-12225)*

Hon. Judge Broderick:

    We represent the Defendants, Paul Krug and Dennis Lake (collectively, "Defendants"), in the above-referenced matter.

    Pursuant to 1.G of Your Honor's Individual Practices, Defendants request an extension of time to respond to the Complaint. The original deadline to respond to the Complaint is February 6, 2016. Defendants respectfully request that this Court extend the deadline to submit a response to the Complaint to February 22, 2019.

    The reason for the request is that we have just recently been retained as counsel of record. However, there have been no previous requests – specific to these Defendants - to extend the deadline to respond to the Complaint. A letter-motion requesting an extension to respond to the Complaint was filed on February 1, 2019 for Defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC. Nevertheless, this request does not impact any other deadlines in this case.

    We have conferred with Plaintiffs counsel concerning this request. Counsel has consented to this request on the condition that Defendants consent to waive any challenges to personal jurisdiction and service of process.

WOOD SMITH
HENNING & BERMAN LLP

February 5, 2019
Page 2

    We greatly appreciate Your Honor's time and consideration in this matter, and should the Court need any further information we are available at the Court's convenience.

                Respectfully submitted,
                WOOD SMITH HENNING & BERMAN LLP

                *Michelle M. Arbitrio*

                MICHELLE ARBITRIO