```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOSE MOLINA, et al.

                                              Plaintiff,                      **ORDER SCHEDULING**

                                                                                     **SETTLEMENT CONFERENCE**

            -against-

                                                                                      **18-CV-12225 (VSB)**

GLAZE 4TH AVE LLC, et al.,

                                             Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic settlement conference in this matter is scheduled for **Monday, December 21, 2020 at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 14, 2020 by 5:00 p.m.**

      SO ORDERED.

Dated: October 20, 2020
       New York, New York

                                                                            _____
                                                                            KATHARINE H. PARKER
                                                                            United States Magistrate Judge