UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSE MOLINA, et al., :
:
             Plaintiffs, :
: 18-cv-12225 (VSB)
   -against- :
: **ORDER**
GLAZE 4TH AVE LLC, et al., :
:
            Defendants. :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     In light of the discussion during the November 23, 2020 telephonic conference in the above-captioned litigation, it is hereby:

     ORDERED that the parties shall submit a joint status report on or before December 28, 2020. This status report should address whether settlement discussions have been successful and, if so, the status of the case. If settlement discussions are unsuccessful, the parties should indicate the timeframe for the completion of all outstanding depositions; the dates the parties would be available for trial, no earlier than May 2021; and whether the parties would prefer a remote or in-person trial.

SO ORDERED.

Dated: November 24, 2020
      New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge