```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
JOSE MOLINA, et al.,                                     :
                                                         :
                        Plaintiffs,                      :
                                                         :         18-cv-12225 (VSB)
        -against-                                        :
                                                         :         **ORDER**
GLAZE 4ᵀᴴ AVE LLC, et al.,                               :
                                                         :
                        Defendants.                      :
                                                         :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of the parties' December 29, 2020 joint letter filed in the above-captioned case. (Doc. 67.) Accordingly, it is hereby:

    ORDERED that the parties shall complete Defendants' depositions on or before January 29, 2021.

    IT IS FURTHER ORDERED that the parties shall appear for a telephonic status conference on January 12, 2021 at 12 PM to discuss the other issues raised in the parties' joint letter. (Doc. 67.) The dial-in number is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: December 29, 2020
       New York, New York

*Vernon S. Broderick*
United States District Judge