UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
JOSE MOLINA, et al.,                                     :
                                                         :
                      Plaintiffs,     :
                                                         :      18-cv-12225 (VSB)
          -against-                                    :
                                                         :      **ORDER**
GLAZE 4TH AVE LLC, et al.,                               :
                                                         :
                      Defendants.     :
                                                         :
-------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/2021

VERNON S. BRODERICK, United States District Judge:

       In light of the representations made during the January 12, 2021 telephonic conference held in the above-captioned litigation, (Doc. 68), it is hereby:

       ORDERED that the parties shall submit a joint status report on or before January 19, 2021 addressing the status of settlement discussions between the parties and the status of Defendants' depositions.

SO ORDERED.

Dated: January 12, 2021
       New York, New York

Vernon S. Broderick
United States District Judge