# SAMUEL & STEIN

## ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY  10018

PHONE:  (212) 563-9884  |  FAX:  (212) 563-9870  |  WEBSITE:  www.samuelandstein.com

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____                  │
│ DATE FILED:___04/06/2021         │
└─────────────────────────────────┘
```

**DAVID STEIN**
dstein@samuelandstein.com

April 5, 2021

ADMITTED IN
NY, NJ, PA, IL, DC

**VIA ECF**

Hon. Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/06/2021

Re:      **Molina and Vazquez v. Glaze 4th Ave LLC, et al.**
         *Docket No. 18-cv-12225 (KHP)*

Dear Magistrate Judge Parker:

We represent plaintiffs in the above-referenced matter and write jointly with defendants' counsel, Felice B. Ekelman, Esq., pursuant to Your Honor's March 22, 2021, Order, to make a fourth request for an extension of time to finalize resolution terms; the same are due today.  The resolution is nearly completed but was delayed because I was out of the office last week for Passover.  We are confident that with one more brief extension until April 19 everything will be finalized.

We thank the Court for its attention to this matter.  The parties are available at Your Honor's convenience in the event that the Court has any questions.

Respectfully submitted,

David Stein

cc:  Felice B. Ekelman, Esq. (via ECF)