**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiffs, Individually and on behalf of all others similarly situated

| | |
|---|---|
| Jose Molina and Alejandro Vazquez, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>– vs. –<br><br>Glaze 4th Ave LLC, Glaze 56th LLC, Glaze Teriyaki LLC, Paul Krug, Dennis Lake, and John Does #1-10,<br><br>Defendants. | DOCKET NO. 18-cv-12225 (KHP)<br><br>**JUDGMENT** |

    A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 27, 2021; and defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC having offered named plaintiffs Jose Molina and Alejandro Vazquez, and opt-in plaintiff Daniel Araujo Chavez, to take a judgment against them; it is

    **ORDERED and ADJUDGED** THAT Judgment is entered in favor of plaintiffs Jose Molina, Alejandro Vazquez, and Daniel Araujo Chavez and against defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC, jointly and severally, in the sum of $69,500 (Sixty-Nine Thousand Five Hundred Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated: April _____, 2021

_____
Hon. Katharine H. Parker, U.S.M.J.