**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2021

**SAMUEL & STEIN**
David Stein (DS 2119)
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
dstein@samuelandstein.com

Attorneys for Plaintiffs, Individually
and on behalf of all others similarly
situated

| | |
|---|---|
| Jose Molina and Alejandro Vazquez, on behalf of themselves and all other persons similarly situated, | DOCKET NO. 18-cv-12225 (KHP) |
| Plaintiffs, | |
| – vs. – | **JUDGMENT** |
| Glaze 4th Ave LLC, Glaze 56th LLC, Glaze Teriyaki LLC, Paul Krug, Dennis Lake, and John Does #1-10, | |
| Defendants. | |

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on April 27, 2021; and defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC having offered named plaintiffs Jose Molina and Alejandro Vazquez, and opt-in plaintiff Daniel Araujo Chavez, to take a judgment against them; it is

**ORDERED and ADJUDGED** THAT Judgment is entered in favor of plaintiffs Jose Molina, Alejandro Vazquez, and Daniel Araujo Chavez and against defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC, jointly and severally, in the sum of $69,500 (Sixty-Nine Thousand Five Hundred Dollars and Zero Cents) inclusive of attorneys' fees, costs, and prejudgment interest accrued to date.

Dated:   April ____**27**____, 2021

Katharine H Parker

_____
Hon. Katharine H. Parker, U.S.M.J.