UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE MOLINA, et al.

                          Plaintiff,

          -against-

GLAZE 4TH AVE LLC, et al.,

                          Defendants.
-----------------------------------------------------------------X

**ORDER**

18-CV-12225 (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties having advised the Court that all claims in this case have been settled (ECF Nos. 84-87,) the Court respectfully directs the Clerk of Court to close this case.

**SO ORDERED.**

Dated: April 28, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge