**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**SAMUEL & STEIN**
David Nieporent
1441 Broadway, Suite 6085
New York, NY 10018
(212) 563-9884
dnieporent@samuelandstein.com

Attorneys for Plaintiffs, Individually
and on behalf of all others similarly
situated

| | |
|---|---|
| Jose Molina and Alejandro Vazquez, on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>- vs. -<br><br>Glaze 4th Ave LLC, Glaze 56th LLC, Glaze Teriyaki LLC, Paul Krug, Dennis Lake, and John Does #1-10,<br><br>Defendants. | DOCKET NO. 18-cv-12225 (KHP)<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS**, a judgment was entered in the above action on April 27, 2021, in favor of named plaintiffs Jose Molina and Alejandro Vazquez and opt-in plaintiff Daniel Araujo Chavez in the amount of $69,500, and said judgment thereon having been paid by defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC, and it is certified that there are no outstanding executions for this judgment with any sheriff or marshal,

**THEREFORE**, as to defendants Glaze 4th Ave LLC, Glaze 56th LLC, and Glaze Teriyaki LLC, satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated:  May 26, 2021

*David M. Nieporent*

———————————————
David Nieporent

Sworn to before me this 26th day of May, 2021

———————————————

DAVID STEIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6261863
Qualified In Rockland County
My Commission Expires 05-14-2024

2